EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Bárbara Y. Villalona Viera | 2023 TSPR 77<br><br>212 DPR ___ |

Número del Caso:  TS-15,556


Fecha:  20 de junio de 2023


Abogado de la peticionaria:

    Lcdo. Julio C. Villalona Viera



Materia: Reinstalación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Bárbara Y. Villalona Viera          TS-15,556

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de junio de 2023.

Examinada la *Moción en solicitud de reinstalación al ejercicio de la abogacía* presentada por la Sra. Bárbara Y. Villalona Viera, así como la *Certificación* del Programa de Educación Jurídica Continua emitida el 14 de junio de 2023, se autoriza su reinstalación únicamente al ejercicio de la abogacía, según solicitado.

Se le advierte a la Lcda. Bárbara Y. Villalona Viera que en el futuro deberá cumplir puntualmente con los requisitos del Programa de Educación Jurídica Continua y las órdenes de este Tribunal.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo